IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02438-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:                February 26, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                                    *Counsel:*

JEFFREY CHORAK,                                                       Donald F. D'Antuono

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,            Torriano N. Garland

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in Session:        10:10 a.m.**
Court calls case. Appearances of counsel. Government counsel representing the Veterans Administration, Mark Pestal, is present by telephone.

Discussion held between the court and counsel regarding **Plaintiff's Unopposed Motion to Sever Claimed Interest of Veterans Administration and for Order that Veterans Administration Obtain Own Legal Representation** [Doc. No. 11] and the **Supplement** [Doc. No. 16] to that Motion. The court notes it cannot force the Veterans Administration to enter as a party in the case.

For the reasons stated on the record, it is

**ORDERED:**         *Plaintiff's Unopposed Motion to Sever Claimed Interest of Veterans Administration and for Order that Veterans Administration Obtain Own Legal Representation* [Doc. No. 11, filed 1/17/2014] is **DENIED**.

HEARING CONCLUDED.
**Court in recess**:     **10:26 a.m.**
Total time in court:     00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.