IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02438-WYD-CBS | Date: July 7, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                 *Counsel:*

JEFFREY CHORAK                                               Donald D'Antuono

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY        Torriano Garland

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 01:15 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Joint Motion to Amend/Correct/Modify [10] Scheduling Order Joint Motion to Extend Deadlines [20], issues taking Plaintiff's deposition, other depositions that have been taken, and filing of dispositive motions. Counsel states that all discovery has been completed.

Further discussion regarding filing Motion for Summary Judgment and how that will affect Final Pretrial Conference date already set.

**ORDERED:**    Joint Motion to Amend/Correct/Modify [10] Scheduling Order Joint Motion to Extend Deadlines [20] is **GRANTED**. The Discovery deadline is extended until July 30, 2014. Motion for Summary Judgment will be filed tomorrow, July 8, 2014, which will make the Despositive Motion deadline extension request moot.

If parties consent to the jurisdiction of a Magistrate Judge, they must file the appropriate paperwork. If parties do consent, they need to setup a telephone conference call and contact Magistrate Judge Shaffer's chambers at (303) 844-2117 to discuss a new Final Pretrial Conference date and trial dates. If parties do not consent to a Magistrate Judge and do not file

the paperwork, the current Final Pretrial Conference date will be VACATED pending a decision on Motion for Summary Judgment.

HEARING CONCLUDED.

**Court in recess: 01:44 p.m.**
Total time in court:  00:29
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.