**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 21, 2016 |
| E.C.R./Reporter:   Mary George | |

Civil Action No: **13-cv-02438-WYD-CBS**         Counsel:

**JEFFREY CHORAK**,                                            Donald F. D'Antuono

        Plaintiff,

v.

**UNION PACIFIC RAILROAD COMPANY, a**         Torriano N. Garland
**foreign corporation**,                                          Alice de Stigter

        Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**11:02 a.m.**   Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

11:04 a.m.   Discussion regarding whether this trial will go as scheduled and problems serving subpoenas upon Dr. Elaine Quintana and Denise Murphy to testify at trial.

**ORDERED:**   Plaintiff shall submit a proposed order for the issuance of subpoenas and trial subpoenas for Dr. Elaine Quintana and Denise Murphy not later than **Thursday, January 21, 2016.**

11:12 a.m.   Discussion regarding witness lists, exhibit lists, and jury instructions.

| | |
|---|---|
| **ORDERED:** | Counsel shall submit an agreed upon joint statement of the case jury instruction not later than **Wednesday, January 27, 2016.** |
| **ORDERED:** | Counsel shall file revised jury instructions not later than **Wednesday, January 27, 2016.** |
| **ORDERED:** | Counsel shall file revised witness and exhibit lists not later than **Wednesday, January 27, 2016.** |
| 11:17 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **twenty (20) OR thirty (30) minutes per side.** |
| 11:18 a.m. | Court outlines protocol for voir dire and jury selection process. |
| | Defendant's Motion in Limine Number One Regarding Improper Inspection of the Crossing [ECF Doc. No. 46], filed December 22, 2015, is raised for argument. |
| 11:21 a.m. | Argument by Defendant (Mr. Garland). |
| 11:31 a.m. | Argument by Plaintiff (Mr. D'Antuono). |
| **ORDERED:** | Defendant's Motion in Limine Number One Regarding Improper Inspection of the Crossing [ECF Doc. No. 46], filed December 22, 2015, is **DENIED.** |
| | Defendant's Motion in Limine Number Two to Exclude Any Evidence of Prior Complaints or Accidents [ECF Doc. No. 47], filed December 22, 2015, is raised for argument. |
| 11:38 a.m. | Argument by Plaintiff (Mr. D'Antuono). |
| 11:40 a.m. | Argument by Defendant (Mr. Garland). |
| 11:40 a.m. | Argument by Plaintiff (Mr. D'Antuono). |
| **ORDERED:** | Defendant's Motion in Limine Number Two to Exclude Any Evidence of Prior Complaints or Accidents [ECF Doc. No. 47], filed December 22, 2015, is **DENIED WITHOUT PREJUDICE.** |
| | Defendant's Motion in Limine Number Three Regarding past and Future Medical Expenses [ECF Doc. No. 48], filed December 22, 2015, is raised for argument. |
| 11:42 a.m. | Argument by Defendant (Mr. Garland). |

| | |
|---|---|
| 11:43 a.m. | Argument by Plaintiff (Mr. D'Antuono). |
| **ORDERED:** | Defendant's Motion in Limine Number Three Regarding past and Future Medical Expenses [ECF Doc. No. 48], filed December 22, 2015, is **DENIED.** |
| 11:44 a.m. | Discussion regarding other preliminary issues. |
| **11:48 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  :46**